**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,<br><br>*Defendants.* | Civil Action No. 1:26-cv-03072 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction, the memorandum of points and authorities and declaration filed in support, any opposition and reply, the arguments of counsel, and the entire record herein, the Court finds that Plaintiff has shown that it is likely to succeed on the merits of its claims; that they are likely to suffer irreparable harm in the absence of preliminary relief because the early voting period is occurring now and Election Day for the November 3, 2026 General Election is imminent, and relief after the election cannot remedy interference with Plaintiffs' right to vote and the administration of the present election; that the balance of equities tips in its favor; and that a temporary restraining order is in the public interest.

Accordingly, it is hereby:

**ORDERED** that Plaintiffs' Application for a Temporary Restraining Order is **GRANTED**; it is further

**ORDERED** that Defendants U.S. Department of Homeland Security, Security Markwayne Mullin, and Attorney General Todd Blanche and their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive actual notice of this Order, are RESTRAINED AND ENJOINED from applying policy or directive that permits the Department of Justice to coerce California officials to remove voters they have flagged, withhold ballots from voters Defendants believe are suspected non-citizens, and/or order California election officials to segregate and not count ballots of alleged non-citizen voters, as it exceeds statutory authority and violates federal law for the early voting periods and the November 3, 2026 General Election; it is further

**ORDERED** that Defendants shall, immediately upon entry of this Order, provide notice of this Order to all officers and employees personnel operating in California to cease any operations and/or communications with any and all California election officials. Defendants shall file a declaration with the Court within 48 hours of entry of this Order confirming that such notice has been provided and describing the steps taken to comply with this Order; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(c), no security is required; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b)(2), this Order shall remain in effect until November 4, 2026, from the date and time of its entry unless extended by the Court for good cause or by consent of the parties;

**SO ORDERED.**

Date: ______________________

___________________________________
UNITED STATES DISTRICT JUDGE