**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-3072 |

# JOINT STATUS REPORT

Pursuant to the Court's October 15, 2026, Minute Order, the Parties provide the following Joint Status Report.

1. On October 15, 2026, Plaintiffs filed their Emergency Application for TRO and Preliminary Injunction.

2. On October 15, 2026, the United States of America filed suit against California, California Secretary of State Shirley N. Weber, and Los Angeles County Registrar Dean C. Logan, in their official capacities, *See* Exhibit A (*United States of America v. State of California, et al.,* No. 2:26-cv-12025 (C.D. Cal. Oct. 15, 2026). The Complaint requests the court "order California (1) to set aside vote-by-mail ballots from persons identified by the Federal Government likely to be noncitizens and (2) to independently—or in collaboration with the Federal Government—verify their citizenship status (beyond relying on unverified statements of citizenship necessary to registering) before tabulating their vote-by-mail ballot." *Id.* ¶ 6.

3. The parties have conferred regarding a briefing schedule and a hearing.

**<u>Plaintiffs' Position:</u>**

Plaintiffs believe an expeditious process and hearing is necessary given that early voting in California is currently underway. Plaintiffs seek a ruling next week. Towards this, Plaintiffs propose that Defendants file their response to Plaintiffs' Application for TRO and Preliminary Injunction on or before October 19, 2026, at 5:00 p.m. ET. Plaintiffs would file their reply on or before October 20, 2026, at 5:00 p.m. ET. Plaintiffs ask this Court to schedule a hearing for October 21, 22 or 23, 2026. Plaintiff does not intend to offer live testimony in accordance with the Local Rules.

**<u>Defendants' Position:</u>**

Defendants dispute that there is any emergency with regard to the harms alleged by the Plaintiffs in this case and therefore propose that their opposition to the TRO and Preliminary Injunction Motion, ECF No. 20, be due on Friday October 23, 2026. If Plaintiffs seek to file a reply, Defendants propose that it be due no later than Friday October 30, 2026. For the same reason, and as explained further below, a hearing on Plaintiffs' motion is not necessary and would not aid the Court in resolving the issues. If the Court adopts Defendants' briefing schedule but also schedules a hearing, Defendants propose that the hearing be held on November 3, 4, or 5, 2026.

Defendants dispute Plaintiffs' standing to bring both this suit and the instant motion, and the merits of each. However, for purposes of responding to the Court's Minute Order, the parties' principal disagreement lies in the urgency of resolving Plaintiffs' motion. There is no threat of actual or imminent harm to Plaintiffs and therefore no justification for considering Plaintiffs' motion on an emergency basis. Plaintiffs contend that they face an imminent threat of interference with their members' ability to vote in upcoming elections. This alleged threat is

premised on the possibility that the State of California will take some action, on the basis of a request by the Department of Justice, to confirm the citizenship of a list of potentially ineligible voters. *See* TRO Motion at 4. However, it is undisputed that the State of California has explicitly refused to comply with the request made by DOJ. Exhibit B, October 13, 2026, Letter from Secretary of State Shirley N. Weber. Further, as Plaintiffs themselves acknowledge, the Department of Justice has filed a lawsuit seeking to enjoin California to comply with the challenged request. *See United States v. California, et al.*, No. 26-cv-12025 (C.D. Cal.), ECF No. 1. Therefore, unless and until there is an order of the Central District of California compelling California to comply, including any potential stays and appeals, there is no genuine, actual, or imminent threat of the alleged harm to any Plaintiff. Put differently, the status quo has already been preserved by California's refusal to comply with the challenged request and the Department's lawsuit about the same. Since the "purpose of a temporary restraining order is to preserve the status quo for a limited period of time until the Court has an opportunity to pass on the merits of the demand for a preliminary injunction," such relief, and the accompanying expedited litigation, is unnecessary and unwarranted in this case. *M.G.U. v. Nielsen*, 316 F. Supp. 3d 518, 520 (D.D.C. 2018); *see also, e.g., Taylor v. Trump*, 788 F. Supp. 3d 1, 7-8 (D.D.C. 2025) (cleaned up) ("It is clear that a failure to show a likelihood of irreparable harm is standing alone sufficient to defeat the motion" for emergency relief.).

For these reasons, Defendants respectfully request that the Court enter Defendants' proposed briefing schedule.

Dated: October 16, 2026

Xavier Becerra**
Senior Advisor and Voting Rights Counsel
108 W. 2nd Street, #310
Los Angeles, CA 90012
Telephone: 310-924-9310
Scheduling.becerra@gmail.com

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (D.C. Bar No. 1720816)
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: 310-279-6025
cbergquist@chirla.org

/s/ Chad W. Dunn
Chad W. Dunn (D.C. Bar No. 987454)
Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

*Licensed in the State of California, *Motion to appear pro hac vice* granted

Adam Reese**
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Telephone: 213-353-1333
areese@chirla.org

***Licensed in the State of California, Motion to appear pro hac vice forthcoming*

***Attorneys for Plaintiffs***

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Keri L. Berman
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7538
Facsimile: (202) 616-8460
Email: keri.l.berman@usdoj.gov

*Counsel for Defendants*