**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,<br><br>*Defendants.* | Civil Action No. 1:26-cv-03072 |

**PLAINTIFFS NOTICE OF ACTIONS IN RELATED CASES**

Plaintiffs Coalition for Human Immigrant Rights and Pedro Trujillo, pursuant to the Court's oral order at hearing yesterday to provide it updates on activities in related cases, file this update to the Court on *California Nurses Association, et al., v. Markwayne Mullin, et* al., No. 4:26-cv-10680 (N.D. Cal. September 18, 2026) and *USA v. California et al*., No. 2:26-cv-12025 (C.D. Cal. October 15, 2026).

First, in *California Nurses Association, et al., v. Markwayne Mullin, et al*. the court granted Plaintiffs' motion for preliminary injunction. This injunction enjoins defendants from "Conducting elections-related field operations and field interviews in California, Connecticut, Georgia, Missouri, Nevada, New York, Pennsylvania, Washington, and Wisconsin that involve or are likely to involve persons whom the Enjoined Parties know, suspect, or should reasonably know or suspect are U.S. citizens;" and "Conducting elections-related field operations in California, Connecticut, Georgia, Missouri, Nevada, New York, Pennsylvania, Washington, and Wisconsin based wholly on TECS records generated from the Voter Eligibility Matching Policy, as identified in this Order, against persons whom the Enjoined Parties know, suspect, or should

reasonably know or suspect are U.S. citizens." *California Nurses Association*, No. 4:26-cv-10680, ECF No. 87 at 18. This order is to remain in place until November 3, 2026 or until polling places close (or otherwise directed by the court), but is stayed until 5pm on October 23, 2026. *Id*.

In *USA v. California et al.*, Judge David O. Carter issued the following order:

> The Court SETS a hearing on the United States Government's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 62) for Tuesday, October 27, 2026, at 1:00 PM in Courtroom One at the Felicitas and Gonzalo Mendez United States Courthouse (formerly known as the First Street Courthouse). Additionally, Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network and Mi Familia en Accin are ORDERED to appear to argue their Motion to Intervene (Dkt. 11). Proposed Intervenor-Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch are ORDERED to appear to argue their Motion to Intervene (Dkt. 15). Both Proposed Intervenor-Defendants should be prepared to argue their positions on the United States Government's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 62).

No. 2:26-cv-12025, ECF. No. 64. (text only entry).

Also on October 21, 2026, both State Defendants and Defendant Dean Logan, Los Angeles County Registrar/Recorder, filed Motions to Dismiss Plaintiff U.S. Complaint. *Id*. at ECF Nos. 65 and 68.

Plaintiffs' deny that these actions, though related, negate the need for a swift hearing and order for the distinct relief Plaintiffs seek in this case. Plaintiffs will further explain in their superseding motion due today.

Dated: October 22, 2026

Respectfully Submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn (DC Bar No. 987454)
Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

**Motion to appear pro hac vice* granted

Xavier Becerra**
Senior Advisor and Voting Rights Counsel
108 W. 2nd Street, #310
Los Angeles, CA 90012
Telephone: 310-924-9310
Scheduling.becerra@gmail.com

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (D.C. Bar No. 1720816)*
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone:310-279-6025
cbergquist@chirla.org

Adam Reese*
2533 West Third Street, Suite 101 Los Angeles, CA 90057
Tel: 213-353-1333
areese@chirla.org

**Licensed in the State of California, *Motion to appear pro hac vice*, forthcoming

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, a true and correct copy of the foregoing was filed via the CM/ECF filing system and thereby furnished to counsel of record via email in the service list below:

Andrew I Warden, Esq.
andrew.warden@usdoj.gov
Ty Trejo, Esq.
ty.trejo@usdoj.gov

*Counsel for Defendants*

*s/ Chad W. Dunn*
Chad W. Dunn