**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,

*Defendants*.

Case No. 1:26-cv-03072-JEB

**DECLARATION OF ERIKA SCHWERDT**

I, Erika Schwerdt, declare as follows:

1. I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and beliefs.
2. I am a United States Citizen. I was naturalized in 2024.
3. I am a member of the Coalition for Humane Immigrant Rights (CHIRLA) and live in California.
4. After I was naturalized, I registered to vote in California and began voting in state and federal elections. I have never been disqualified from voting.
5. I plan on voting in the November 3, 2026, election.
6. I am familiar with the federal government's efforts to create lists of alleged noncitizen registered voters and communicate those lists to California election officials. I am

familiar with many of the numerous threats federal officials have made, civil and criminal, against voters and election officials.

7. I am also aware that the Department of Justice and Department of Homeland Security have often, on these lists, misidentified naturalized citizens like me as non-citizens.
8. The idea that even though I am a legal voter, the government may choose to investigate my voter registration or me, or possibly segregate, withhold, or not count my ballot is disturbing and fear-inducing.
9. I wonder whether, even though I never tried to register to vote before naturalizing, I might have been automatically registered because of a clerical error. If something like this happened against my wishes, and the government were to find that out now, I could be scrutinized and treated like a criminal. This thought scares me. I have to weigh these concerns as I decide whether to actually cast my ballot.
10. Other voters I have spoken to are too scared to vote because of the Department of Justice and Department of Homeland Security's actions. While I share their fear, I am determined to cast my ballot in this election but every day I check the news and reevaluate my decision. If flagged, I will have to take affirmative steps and spend time and money to ensure that these actions do not harm my ability to vote.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 22, 2026, in Los Angeles, California.

Erika Schwerdt