**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,

*Defendants*.

Case No. 1:26-cv-03072

**DECLARATION OF CARL BERGQUIST**

I, Carl Bergquist, declare as follows:

1. I am the General Counsel of the Coalition for Humane Immigrant Rights of Los Angeles (CHIRLA). I took this position starting in 2021.
2. I submit this declaration to describe CHIRLA's core mission to protect the civil rights of immigrant communities, central among which is protecting and advancing lawful electoral participation among immigrants, Latinos, English learners and new voters, and explain how CHIRLA members will be harmed by the actions the Department of Justice (DOJ) are ordering the State of California to take.
3. CHIRLA is a membership organization made up in part by naturalized U.S. citizens.

4. CHIRLA is aware of the letters sent to California and Los Angeles County election officials by the Department of Justice and the demands made to those officials regarding alleged noncitizens voters.
5. CHIRLA has identified and continues to identify scores of members and clients who are likely to have been improperly flagged by Defendants as noncitizen voters. These voters now need to take affirmative steps to avoid risk of harm to their voter registration, mail-in ballot, and right to vote in general.
6. Many CHIRLA members fear, given their status as recently naturalized citizens, that the lists provided to election officials contain their names as potential noncitizen voters. If this happens, many members fear they will be unable to confirm their citizenship in time for the election.
7. Many CHIRLA members fear and are caused distress by the possibility that their ability to vote in the November 3, 2026 election in California will be hindered if the state of California is forced to comply with the requests such as the ones outlined by the Department of Justice in their October 13, 2026 letter.
8. As a result of this most recent policy request by the Department of Justice as well as other similar policies, CHIRLA and its members have had to spend time, money, and effort to prevent its members from being illegally removed or segregated in the voter rolls, including advocacy and information sharing with local registrars.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 14, 2026 in Ottawa Hills, Ohio.

Carl Bergquist