**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,<br>*Defendants*. | Case No. 1:26-cv-03072 |

**DECLARATION OF PEDRO TRUJILLO**

I, Pedro Trujillo, declare as follows:

1. I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and beliefs. I submit this declaration in support of Plaintiffs' request for Temporary Restraining Order and Emergency Preliminary Injunction.
2. I am a United States Citizen. I was naturalized as a United States citizen in 2021.
3. After I was naturalized, I registered to vote and began voting in state and federal elections.
4. I currently live and am registered to vote in Los Angeles County in the state of California. I have not been disqualified from voting.
5. I regularly vote in elections, and I plan on voting in the November 3, 2026 election in California.

6. I am aware of the requests made to the Los Angeles County and the State of California by the Department of Justice on October 13, 2026 regarding alleged noncitizen voters.
7. I fear, given my status as a recently naturalized citizen, that the lists provided to Los Angeles County election officials contain my name as a potential noncitizen voter. If this happens, I fear I will be unable to confirm my citizenship in time for the election.
8. I fear and am caused distress by the possibility that my ability to vote in the November 3, 2026 election in Los Angeles County, California will be hindered if the state of California is forced to comply with the requests by the Department of Justice in their October 13, 2026 letter.
9. I must now take affirmative steps, and spend time, money, and effort to ensure Defendants' actions do not harm my ability to vote and have that vote counted.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 14, 2026 in Los Angeles, California.

Pedro Trujillo