**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,<br><br>*Defendants*. | Civil Action No. 1:26-cv-03072 |

**PLAINTIFFS' SECOND SUPPLEMENTAL NOTICE OF ACTIONS IN RELATED CASES**

Plaintiffs Coalition for Human Immigrant Rights and Pedro Trujillo, pursuant to the Court's oral order at hearing yesterday to provide it updates on activities in related cases, file this supplemental update to the Court on *USA v. California et al*., No. 2:26-cv-12025 (C.D. Cal. October 15, 2026).

In this matter, on October 22, 2026, Plaintiff, the United States, filed a Notice of Appeal to the Ninth Circuit Court of Appeals. *Id*. at ECF No. 74 (Exhibit A). The United States argues that they had requested an expedited ruling on their October 19, 2026, emergency *ex parte* application for injunctive relief, specifically requesting a ruling by noon on October 22, 2026. *Id*. at ECF No. 74 at 2. Although the court set a hearing for October 27, 2026 (ECF No. 64), the United States asserts that "the Court's silence is a constructive denial" of their emergency application for preliminary injunctive relief and "has the practical effect of denying a preliminary injunction." *Id*. at ECF no. 74 at 2.

Dated: October 22, 2026

Respectfully Submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn (DC Bar No. 987454)
Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

*Licensed in the State of California, *Motion to appear pro hac vice* granted

Xavier Becerra**
Senior Advisor and Voting Rights Counsel
108 W. 2nd Street, #310
Los Angeles, CA 90012
Telephone: 310-924-9310
Scheduling.becerra@gmail.com

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (D.C. Bar No. 1720816)
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone:310-279-6025
cbergquist@chirla.org

Adam Reese**
2533 West Third Street, Suite 101 Los Angeles, CA 90057
Tel: 213-353-1333
areese@chirla.org
**Licensed in the State of California, *Motion to appear pro hac vice*, forthcoming

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, a true and correct copy of the foregoing was filed via the CM/ECF filing system and thereby furnished to counsel of record via email in the service list below:

Andrew I Warden, Esq.
andrew.warden@usdoj.gov
Ty Trejo, Esq.
ty.trejo@usdoj.gov

*Counsel for Defendants*

*s/ Chad W. Dunn*
Chad W. Dunn