**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,<br><br>*Defendants.* | Civil Action No. 1:26-cv-03072 |

**PLAINTIFFS THIRD SUPPLEMENTAL NOTICE OF ACTIONS IN RELATED CASES**

Plaintiffs Coalition for Human Immigrant Rights and Pedro Trujillo, pursuant to the Court's oral order at hearing to provide it updates on activities in related cases, file this supplemental update to the Court on *USA v. California et al.*, No. 2:26-cv-12025 (C.D. Cal. October 15, 2026) and additional events.

In *USA v. California et al.*, on October 23, 2026, the United States filed a new *ex parte* application for Preliminary Injunction for Injunction Pending Appeal. *USA*, No. 26-cv-12025, ECF No. 76. Shortly thereafter, United States District Court Judge Carter issued an amended order setting additional briefing deadlines and reaffirmed that oral argument in the *USA* case was to occur on Tuesday, October 27, 2026. *Id.* at ECF No. 78. Later on October 23, 2026, the district court issued another order and referenced that the USA originally requested a ruling on its temporary restraining order by November 3, 2026. *Id.* at ECF No. 85.

Meanwhile, in USA's appeal of Judge Carter's "constructive denial" of their TRO request, the Ninth Circuit has ordered responsive briefing by today (October 24, 2026) at noon Pacific Daylight Time. *See USA v. State of California*, No. 26-7070 at ECF No. 21.1.

Also on October 23, 2026, it was reported that the Department of Justice sent at least one more demand letter, to all counties in California. *See* Laurel Rosenhall & Shawn Hubler, *Justice Dept. Demands That California Counties Help Identify Noncitizen Voters*, N.Y. TIMES (Oct. 23, 2026), https://www.nytimes.com/2026/10/23/us/justice-dept-california-noncitizen-voters.html (Exhibit A). This includes Santa Clara County, California. *See* DOJ Letter 10-23-26 (Exhibit 3).

This letter again threatened local officials that they "risk significant federal scrutiny" if they do not meet DOJ's demands within 48 hours of the letter being sent. *See* Exhibit A. The letter sent to Santa Clara County Registrar of Voter's Matt Moreles, said "[w]ithin 48 hours, we ask you commit to working with DOJ and DHS to identify who on the accompanying list is a citizen and who is not. That means sending us the nonpublic information associated with each suspected alien's registration, which includes everything in your possession…." Exhibit C at 2. The letter then goes on to state "I write to make unmistakably clear the legal implications of continuing to send vote-by-mail ballots to those people on the list or tabulating ballots cast by them until citizenship can be confirmed…. The legal consequences for either facilitating or ignoring federal crimes are significant." *Id.*

Central District of California United States Attorney Bill Essayli said in a statement, "[t]he letters speak for themselves. Any election official who knowingly processes the ballot of a noncitizen is opening themselves to legal jeopardy." *See* Exhibit A. The New York Times reports that counties are having varying reactions to the letter, and some counties have already found the voter list DOJ provided to be wildly inaccurate. *Id.* These events have been heavily publicized in California. *See* Sara DiNatale, *DOJ gives local California registrars 48 hours to quarantine suspected noncitizen ballots*, SAN FRANCISCO CHRONICLE (Oct. 23, 2026),

https://www.sfchronicle.com/politics/article/doj-registrar-demand-voters-22491688.php (Exhibit B).

Given these events and the fact that any ruling forthcoming in the California based litigation will not address the ongoing harm Plaintiffs and CHIRLA's members continue to suffer in counties throughout the State, Plaintiffs ask this Court to receive the Defendants' briefing as scheduled on Monday, October 26, 2026, and move up the scheduled hearing to as soon as the Court is able thereafter. Plaintiffs will endeavor to file its reply before the hearing.

Dated: October 24, 2026

Respectfully Submitted,

/s/ *Sonni Waknin*

Xavier Becerra**
Senior Advisor and Voting Rights Counsel
108 W. 2nd Street, #310
Los Angeles, CA 90012
Telephone: 310-924-9310
Scheduling.becerra@gmail.com

Chad W. Dunn (DC Bar No. 987454)
Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (D.C. Bar No. 1720816)
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone:310-279-6025
cbergquist@chirla.org

Adam Reese*
2533 West Third Street, Suite 101 Los Angeles, CA 90057
Tel: 213-353-1333
areese@chirla.org

*Licensed in the State of California, *Motion to appear pro hac vice* granted.
**Licensed in the State of California, *Motion to appear pro hac vice*, forthcoming.

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2026, a true and correct copy of the foregoing was filed via the CM/ECF filing system and thereby furnished to counsel of record via email in the service list below:

Andrew I Warden, Esq.
andrew.warden@usdoj.gov
Ty Trejo, Esq.
ty.trejo@usdoj.gov

*Counsel for Defendants*

*s/ Sonni Waknin*
Sonni Waknin