U.S. & WORLD // CALIFORNIA

# DOJ gives local California registrars 48 hours to quarantine suspected noncitizen ballots

By Sara DiNatale, Staff Writer
Updated Oct 23, 2026 4:55 p.m.

Gift Article



Election services specialist Alicia Little reviews test ballots at Contra Costa's election offices in Martinez on May 6, 2026. The DOJ sent a letter to Contra Costa's registrar on Friday, demanding the sequester certain ballots.
Benjamin Fanjoy/For the S.F. Chronicle

Listen Now:
DOJ gives local California registrars 48 hours to quarantine suspected noncitizen ballots
About 4 Minutes

In the latest escalation of the Department of Justice's efforts to block California from counting some ballots, prosecutors sent individual letters to numerous county registrars Friday demanding that they sequester ballots sent to voters they suspect are not U.S. citizens.

In one letter obtained by the Chronicle, the Justice Department's top Northern California prosecutor on Friday gave Contra Costa County's registrar of voters 48 hours to pore through a list of more than 400 voters and confirm their citizenship.

In an email to members of California Association of Clerks and Election Officials Friday, Los Angeles County Registrar Dean Logan said the letters were sent to "some or all" counties.

ADVERTISEMENT
Article continues below this ad

Pasa del logotipo al lanzamiento
Probar ahora
Adobe Creative Cloud Pro

The demand letter sent to Contra Costa Clerk-Recorder Kristin B. Connelly from U.S. Attorney Craig Missakian threatens legal action if Connelly does not immediately sequester ballots returned from people who appear on the list.

Andrea L. Russi, deputy county counsel for Contra Costa, said they have not yet determined how they will respond to the request.

"We aren't doing anything wrong and are conducting this election in accordance with state and federal election law, as well as the Constitution of the U.S. and the Constitution of the State of California," Connelley told the Chronicle. "Voters need to vote and not be intimidated."

Merced County Registrar Melvin Levey said his office also got a letter from a U.S. Attorney Eric Grant on Friday that he is currently reviewing with county counsel. The letter required the review of 177 names. In a text message, Levey said his team is "moving forward" and will have "a great election conducted fairly and lawfully."

ADVERTISEMENT
Article continues below this ad

Un gran trabajo merece grandes herramientas
Probar ahora
Adobe Creative Cloud Pro

A spokesperson for Secretary of State Shirley Weber told the Chronicle Friday the office had "no information to share."

The demands come amid a bitter feud over federal election interference between California and the Trump administration that has escalated throughout the week. Last week, the DOJ sued California, and has asked a court to block the state from counting about 20,000 ballots it says it has identified as possibly fraudulent. A hearing on that request is scheduled for next week. Election law experts have called the lawsuit baffling and unlikely to succeed. On the heels of the lawsuit, the Department of Justice also threatened to criminally prosecute election officials who knowingly count ballots from fraudulent voters.

On Monday, the DOJ announced it had charged 28 people with voter fraud. Of the 28 charged, 23 people have been accused of voting illegally, allegedly casting 34 illegal ballots in elections dating back to 2020, including one provisional ballot.

On Wednesday, in a separate case, an Oakland-based federal judge blocked the Department of Homeland Security from carrying out operations focused on uncovering voter fraud in a number of blue states across the country. The order noted that the government's methodology for identifying possibly fraudulent voters has been known to include errors and to wrongly ensnare U.S. citizens.

Logan, in his email to local election officials, said that the DOJ letters to registrars include a "posture of intimidation."

He also said it "misrepresents the facts" of the Trump administration's own actions, "attempts to tarnish the Secretary of State and Los Angeles County" and "threatens local election officials twelve days before the election."

Logan, who is a named defendant in the DOJ's lawsuit against the state, noted that the letter sent to local officials notes that the secretary of state's office was presented with a list of 20,000 suspected noncitizen voters. But Logan said only his office — not the secretary of state — received the list. Contra Costa's letter was accompanied by a list of 407 names the U.S. attorney said represented the county's portions of that 20,000 figure.

Oct 23, 2026 | Updated Oct 23, 2026 4:55 p.m.

**Sara DiNatale**
STAFF WRITER

Sara DiNatale covers politics and the impacts of the Trump administration's policies on the Bay Area and California. She joined the Chronicle in 2025, after a decade reporting across the southern United States for the San Antonio Express-News, the Tampa Bay Times and Mississippi Today.

DiNatale was a recipient of the 2026 Pulitzer Prize for Explanatory Reporting for her role in the Chronicle's "Burned" series, which showed how California's largest insurers shortchange wildfire survivors, threatening the recovery and health of whole communities. She was also awarded a 2024 George Polk Award for her investigation on the Texas residential solar industry, which led Texas to adopt new state laws to regulate bad actors and scammers. Her reporting has been recognized by state and national awards, including from the Investigative Reporters and Editors, Society for Advancing Business Editing and Writing, Headliner Foundation, Best of the West and Bill Minor Prize for Investigative Reporting. She's a graduate of the University at Buffalo and a native of Western New York.

**How to reach Sara**

To provide story tips or feedback email sara.dinatale@sfchronicle.com or message her on Signal at @dinatale.70.

Ad
Priced From $4.4M
Meticulously Designed 2- to 4-Bedroom Homes with Expansive Water Views. Priced from $4.4M.
1428 Brickell
Learn More

## Most Popular

1. California's storm door is about to swing wide open
2. Exclusive: Buyer selected for shuttered downtown S.F. mall
3. A historic California wine family closed their estate two years ago. Another one bought it
4. California's oceans have become shockingly warm. And strange things are happening
5. An S.F. candidate was shot. Her son was just charged with trying to kill the suspect

## Your Daily Puzzles

- Crossword — An approachable redesign to a classic, featuring exclusive weekday puzzles.
- Pile-Up Poker — Poker meets Solitaire. Cards and strategy combine in a new way.
- Flipart — A quick daily flip. Finally someone cracked the code on digital jigsaw puzzles.
- SpellTower — Word search but with strategy. Clearing the board feels really good.

Adobe Creative Cloud Pro
Una aplicación más, creatividad sin fin
Cuenta tu próxima historia con las herramientas líderes del sector e innovaciones de IA en Photoshop, Illustrator, Premiere y más.
Comenzar ahora

Around the Web — Powered by REVCONTENT

U.S. Worst Zip Codes for Car Insurance (Is Yours on The List?) — By OTTO Insurance
Give Your Senior Dog a Spoon of Honey Tonight, Here's What Happens — By Pets Daily Health
Electricians: The Mistake That Doubles Your Electricity Bill — By Gadgethome
Americans Are Ditching Hearing Aids for This New Device — By Oricle Hearing
98% of Americans Are Using Toxic Frying Pans - The Japanese Are Doing This Now — By Plateful
This Christmas Train Village Has a Little World of Its Own — By Pesasis
These Floral Caps Are Unlike Anything You've Seen — By Pesasis
Who Charges The Most for U.S. Car Insurance? (Check Your Zip Code) — By OTTO Insurance
Here Are 27 of The Coolest Gifts for This 2026 — By topchicdeals
Seniors Born 1939-1969 Get 11 Benefits This Month (If They Ask) — By Pennyside & Seniors
1 Simple Trick to Save on Your Electric Bill (Try Tonight) — By HomeWise Journal
Put a Toilet Paper Roll Under The Toilet Seat at Night — By Lifehacksinsider

## Top Of The News

SAN FRANCISCO — An S.F. candidate was shot. Her son was just charged with trying to kill the suspect

WEATHER — California's storm door is about to swing wide open

SAN FRANCISCO — Everyone had written off this S.F. school. Then parents decided to save it
Parents turned around a school that was shunned by the white and higher-income families in the San Francisco neighborhood. Twenty years later, it's among the top choices on enrollment applications.

SAN FRANCISCO — Close to death, S.F.'s 'king NIMBY' backed housing in his nonprofit's backyard

WARRIORS — Steve Kerr returned to Warriors on a new mission. Now comes 'the reckoning'

## Let's Play

Crossword | Flipart | Really Bad Chess | SpellTower | Typeshift | Wordbind | CubeClear



HEARST newspapers © 2026 Hearst Communications, Inc.