**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as the Attorney General,

*Defendants.*

Civil Action No. 1:26-cv-03072

**PLAINTIFFS FOURTH SUPPLEMENTAL NOTICE OF ACTIONS IN RELATED CASES**

Plaintiffs Coalition for Humane Immigrant Rights and Pedro Trujillo, pursuant to the Court's oral order at hearing to provide it updates on activities in related cases, file this supplemental update to the Court on *USA v. California et al.*, No. 2:26-cv-12025 (C.D. Cal.) and additional events.

As noted in the Reply last evening, yesterday, the District Court for the Central District of California denied emergency relief to the United States in *USA v. California et al.*, No. 26-cv-12025, ECF No. 153 (previously filed in this case as Exhibit 14). Today, Bloomberg Law reports, "Justice Department leadership directed top federal prosecutors in California to pursue criminal subpoenas of state and local officials regarding their roles administering allegedly illegal voting…" *See* Ben Penn, *DOJ Orders Criminal Probes of California Officials Over Ballots*, BLOOMBERG LAW (Oct. 29, 2026), https://news.bloomberglaw.com/us-law-week/doj-orders-criminal-probes-of-california-officials-over-ballots (attached as Exhibit 15). As for the timing, Bloomberg Law reports, "Pressure from the deputy attorney general's office for grand jury

subpoenas came shortly after a federal judge rejected the department's attempt to force California to set aside up to 20,000 ballots…"

Dated: October 29, 2026

Respectfully Submitted,

/s/ *Chad W. Dunn*

Xavier Becerra**
Senior Advisor and Voting Rights Counsel
108 W. 2nd Street, #310
Los Angeles, CA 90012
Telephone: 310-924-9310
Scheduling.becerra@gmail.com

Chad W. Dunn (DC Bar No. 987454)
Sonni Waknin*
Bernadette Reyes*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

COALITION FOR HUMANE IMMIGRANT RIGHTS
Carl Bergquist (D.C. Bar No. 1720816)
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone:310-279-6025
cbergquist@chirla.org

Adam Reese*
2533 West Third Street, Suite 101 Los Angeles, CA 90057
Tel: 213-353-1333
areese@chirla.org

*Licensed in the State of California, *Motion to appear pro hac vice* granted.
**Licensed in the State of California, *Motion to appear pro hac vice*, forthcoming.

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, a true and correct copy of the foregoing was filed via the CM/ECF filing system and thereby furnished to counsel of record via email in the service list below:

Andrew I Warden, Esq.
andrew.warden@usdoj.gov
Ty Trejo, Esq.
ty.trejo@usdoj.gov

*Counsel for Defendants*

*/s/ Chad W. Dunn*
Chad W. Dunn