**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-3072- JEB |

**[Proposed] Order**

It is here by ORDERED that Defendants' Motion to Stay is GRANTED. The Court's Order of October 30, 2026 is hereby STAYED pending final resolution of any mandamus of the Court's Order.

Dated:________________

________________________
JAMES E. BOASBERG
Chief United States District Judge