**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-3072- JEB |

**[Proposed] ORDER**

Upon consideration of Defendants' motion to strike and order to show cause, it is hereby ORDERED that Defendants' motion is GRANTED:

1. Paragraphs 21-26 of Plaintiffs' Expert Declaration, ECF No. 43-1, and references to those paragraphs in Plaintiffs' supplemental filing, are STRICKEN from the record in this case.
2. Plaintiffs are ORDERED to show cause why they did not violate the Court's Minute Order dated October 30, 2026.

Date:_____________

_____________________________
JAMES E. BOASBERG
Chief United States District Judge