**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**COALITION FOR HUMANE IMMIGRANT RIGHTS and PEDRO TRUJILLO,**

**Plaintiffs,**

**v.**

**DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Defendants.**

**Civil Action No. 26-3072 (JEB)**

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' [34] Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED IN PART and DENIED IN PART;
2. Defendants and their agents are preliminarily ENJOINED from issuing demands to California elections officials to compel the segregation of ballots, or other deviations from existing state elections procedures, based on voters' inclusion on the lists of suspected non-citizens; and
3. Plaintiffs shall post a bond in the amount of $1.00 by November 4, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: November 2, 2026