**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Civil Action No. 1:26-cv-3072

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully move the Court for an extension of 32 days, until December 18, 2026, to respond to Plaintiffs' Complaint, ECF No. 1. The parties have conferred and Plaintiffs consent to the requested extension.

Good cause exists to grant the requested extension. Defendants' responsive pleading is currently due on November 16, 2026. On November 2, 2026, the Court entered a preliminary injunction in this matter, ECF No. 47. On November 3, 2026, the mid-term elections in California took place. The parties are contemplating next steps in the case and may confer further regarding appropriate schedules. The requested extension will preserve the resources of the parties and the Court while the preliminary injunction remains in effect.

Dated: November 10, 2026

Respectfully Submitted,

CODY POPLIN
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS

Branch Director
Federal Programs Branch

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

<u>*/s/ Keri L. Berman*</u>

KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
Email: keri.l.berman@usdoj.gov

*Counsel for Defendants*